UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE EUGENE M. JOUBEN, et al., | : | |
| Debtors. | : | Bankruptcy No. 02-56705 (KCF) |
| | : | |
| FIRST HORIZON HOME LOAN CORPORATION, | : | |
| | : | CIVIL ACTION NO. 04-5865 (MLC) |
| Appellant, | : | **MEMORANDUM OPINION** |
| v. | : | |
| EUGENE M. JOUBEN, et al., | : | |
| Appellees. | : | |

**FIRST HORIZON HOME LOAN CORPORATION ("FHH") APPEALING** from an order of the United States Bankruptcy Court dated October 27, 2004 (dkt. entry nos. 1 & 2); and FHH advising the Court that the appeal is now moot in light of a subsequent order of the United States Bankruptcy Court dated April 21, 2005 (4-21-05 Bankr. Ct. Ord.); and thus the Court intending to dismiss the appeal as moot; and for good cause appearing, the Court will issue an appropriate order.

s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge